The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 02, 2010, which may be different from its entry on the record.

**IT IS SO ORDERED.**



Dated: August 02, 2010

Arthur I. Harris
United States Bankruptcy Judge

---

BK1005613
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-14449 |
| Sharon E. Westbrooks | Chapter 7<br>Judge Harris |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY FOR RELIEF FROM STAY AND ABANDONMENT 14405 SUMMIT AVENUE, MAPLE HEIGHTS, OH 44137** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company ("Movant"). (Docket **9**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the

Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 14405 Summit Avenue Maple Heights, OH 44137.

###

SUBMITTED BY:

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Irving S Bergrin, Esq. - Attorney for Debtor
27600 Chagrin Blvd.
#340
Cleveland, OH 44122
ibergrin@aol.com
VIA ELECTRONIC SERVICE

GMAC Mortgage Corp - Creditor
PO Box 9001719
Louisville, KY 40290
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Erin A Jochim, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Mary Ann Rabin - Trustee
55 Public Square
Suite 1510
Cleveland, OH 44113
trusteemail@rabinandrabin.com
VIA ELECTRONIC SERVICE

Sharon E. Westbrooks - Debtor
14405 Summit Ave
Maple Heights, OH 44137
ORDINARY U.S. MAIL, POSTAGE PRE-PAID